UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RODNEY ALSUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:15-CV-1708-G (BN) |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

### AGREED ORDER OF DISMISSAL

On this day this court considered the unopposed motion of plaintiff to dismiss (docket entry 28) all claims against defendant with prejudice and finds that the motion is well taken.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that plaintiff's motion to dismiss all claims against defendant with prejudice is **GRANTED** and all claims and causes of action by plaintiff against defendant are **DISMISSED** with prejudice.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

December 29, 2015.

_____
**A. JOE FISH**
**Senior United States District Judge**